IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER BROWN, JR.,

        Plaintiff,                                  ORDER

    v.                                           10-cv-651-slc

DANE COUNTY MADISON POLICE,
ELLEN BERZ, DIANA VAN RYEBROOK,
MARIO WHITE, PATRICK WATERS
and KENECHUKWU OKOCHA

        Defendants.

---

Plaintiff Walter Brown, Jr., an inmate at the Dane county jail in Madison, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Plaintiff's complaint was submitted on October 23, 2010. His trust fund account statement should cover the six-month period beginning approximately April 23, 2010 and ending approximately October 20, 2010. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff may have until November 18, 2010, in which to submit a trust fund account statement for the period beginning April 23, 2010 and ending October 20,

2010. If, by November 18, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 28th day of October, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge