IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WALTER BROWN, JR.,

                Plaintiff,

  v.

DANE COUNTY MADISON POLICE,
ELLEN BERZ, DIANA VAN RYEBROOK,
MARIO WHITE, PATRICK WATERS,
KENECHUKWU OKOCHA and Judge SARAH O'BRIEN,

                Defendants.

ORDER

10-cv-651-slc

---

WALTER BROWN, JR.,

                Plaintiff,

  v.

DANE COUNTY MADISON POLICE DEPARTMENT,
MARIO WHITE, ELLEN BERZ, PATRICK WATERS
and ANDREA RAYMOND, D.A. and Judge SARAH O'BRIEN,

                Defendants.

ORDER

10-cv-658-slc

---

WALTER BROWN, JR.,

                  Plaintiff,

  v.

DANE COUNTY MADISON POLICE,
JUDGE PATRICK FIEDLER, JUDGE SARAH O'BRIEN,
DIANA VAN RYE BROOK, MARIO WHITE,
SARAH SCHMEISER, KENECHUKWU OKOCHA,
ELLEN BERZ, ISMAEL OZANNE, MICHAEL E. VERVEER,
ANTON JAMIESON, DANIEL M. FLOETER,
W. SCOTT MCANDREW, PATRICK WATERS
and MICHELLE VISTE,

                Defendants.

ORDER

10-cv-720-slc

---

      Plaintiff Walter Brown, Jr., an inmate at the Dane County jail in Madison, Wisconsin, has submitted three proposed complaints. He requests leave to proceed *in forma pauperis*. Because

plaintiff is detained, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed *in forma pauperis*, he will have to make an initial partial payment of the filing fees for each action. From the most recent trust fund account statement plaintiff has submitted, I calculate his initial partial payment in each case to be $5.32. Plaintiff should show a copy of this order to jail officials to insure that they are aware they should send plaintiff's initial partial payments to this court.

ORDER

IT IS ORDERED that

1. Plaintiff is assessed $5.32 as an initial partial payment of the $350 fee for filing case no. 10-cv-651-slc. He is to submit a check or money order made payable to the clerk of court in the amount of $5.32 on or before December 10, 2010.

2. Plaintiff is assessed $5.32 as an initial partial payment of the $350 fee for filing case no. 10-cv-658-slc. He is to submit a check or money order made payable to the clerk of court in the amount of $5.32 on or before December 10, 2010.

3. Plaintiff is assessed $5.32 as an initial partial payment of the $350 fee for filing case no. 10-cv-720-slc. He is to submit a check or money order made payable to the clerk of court in the amount of $5.32 on or before December 10, 2010.

4. If, by December 10, 2010, plaintiff fails to make the initial partial payments or show cause for his failure to do so, he will be held to have withdrawn these actions voluntarily. In that event, the clerk of court is directed to close the files without prejudice to plaintiff's filing his cases at a later date.

Entered this 22nd day of November, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge